CANDICE MARIE BARKER
LANCE DANIEL BARKER
2822 SIMPSON HWY 13
MENDENHALL, MS 39114

HEARTLAND CAPITAL INVE
1104 PARIS RD
STE 201
MAYFIELD, KY 42066

QUEST DIAGNOSTICS
PO BOX 740781
CINCINNATI, OH 45274

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

RADIUS GLOBAL SOLUTION
7505 METRO BLVD
EDINA, MN 55439

ACCOUNTS RECEIVABLE MA
P.O. BOX 638
PARIS, TN 38242

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

REPUBLIC FINANCE
1600 HWY 15N
STE 300B
LAUREL, MS 39440

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

KEESLER FCU
ATTN: BANKRUPTCY
P.O.BOX 7001
BILOXI, MS 39531

SERVISOLUTIONS
ATTN: BANKRUPTCY DEPT
P.O. BOX 242967
MONTGOMERY, AL 36124

AVANT LLC
ATTN: BANKRUPTCY
222 W MECHANDISE MART
STE 900
CHICAGO, IL 60654

LOUISIANA RECOVERY
ATTN: BANKRUPTCY
1304 BERTRAND DR
SUITE F-4
LAFAYETTE, LA 70506

SIMPSON GENERAL HOSPIT
P.O. BOX 910
PARIS, TN 38242

BAPTIST MEMORIAL HOSP
P.O. BOX 745336
ATLANTA, GA 30384-5336

LVNV FUNDING
RESURGENT
PO BOX 1269
GREENVILLE, SC 29602

SOUTHERN FINANCIAL SYS
P.O. BOX 15203
HATTIESBURG, MS 39404

BLUE REEF RENTALS
P.O. BOX 131
MENDENHALL, MS 39114

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

COLLECTION MANAGEMENT
ATTN: BANKRUPTCY
661 ANDERSEN DR
SUITE 110
PITTSBURGH, PA 15220

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

COMPREHENSIVE RADIOLOG
PO BOX 3488
TUPELO, MS 38803

PRIMEWAY FCU
ATTN: BANKRUPTCY
12811 NORTHWEST FREEWA
HOUSTON, TX 77040

US BANK
P.O. BOX 21948
SAINT PAUL, MN 55121-4201