Certificate Number: 17082-MSS-DE-041195471

Bankruptcy Case Number: 26-01650



17082-MSS-DE-041195471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2026, at 10:22 o'clock AM MST, LANCE BARKER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 12, 2026

By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director