IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:      CANDICE MARIE BARKER
            AND LANCE DANIEL BARKER,
            DEBTOR(S)


                                                    CHAPTER 13 BANKRUPTCY
                                                    CASE NO. 26-01650-KMS


DAVID RAWLINGS, TRUSTEE


### TRUSTEE'S OBJECTION TO CONFIRMATION


COMES NOW, the Trustee, David Rawlings, by and through his attorney, and files this Objection to Confirmation of the Debtor's Chapter 13 Plan (Docket No. 2), and any subsequently Amended/Modified Plan(s), until such time as all confirmation issues have been resolved, and says:

1.      That the Debtor has proposed a Chapter 13 Plan that should not be confirmed for the following reasons, to wit:   **1. IRS filed a Priority Claim that is not treated in the Plan. 2. IRS Claim indicates the Debtor has not filed a 2023 and 2024 tax return. (sjd)**

2.      That by reason of the foregoing, the case should be dismissed or the Debtor's Chapter 13 Plan is not filed in good faith, is not feasible, and/or confirmation of the same should be denied or conditioned on amendments resolving the problems raised herein.

WHEREFORE, PREMISES CONSIDERED, the Trustee files this Objection, as set out above, and prays for such other relief, either general or specific, as to which this Court may deem meet and proper.


−1−

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY:  */s/Samuel J. Duncan*
      Samuel J. Duncan,
      His Attorney

Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ecf filing system, to: the U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and TC Rollins Jr.

So certified on this the 25th day of July, 2020.

      */s/Samuel J. Duncan*
         Samuel J. Duncan

−2−