# Proceeding Minutes / Proceeding Memo

**Case #:** 26-01650          **Case Name:** Candice Marie Barker and Lance Daniel Barker

**Set:** 08/11/2026 01:30 pm   **Chapter:** 13   **Type:** bk     **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #20) - ORDER ENTERED 8/5/26

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) An Order was entered on the Trustee's Objection (Dkt. #20). Confirmation hearing removed. (mcc)