United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01650-KMS
Candice Marie Barker Chapter 13
Lance Daniel Barker
Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Aug 14, 2026 Form ID: n031 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Candice Marie Barker, Lance Daniel Barker, 2822 Simpson Hwy 13, Mendenhall, MS 39114-5140 |
| 5696150 | | Affirm Asset Securitization Trust 2024-B, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5685642 | | Baptist Memorial Hosp, P.O. Box 745336, Atlanta, GA 30384-5336 |
| 5685643 | + | Blue Reef Rentals, P.O. Box 131, Mendenhall, MS 39114-0131 |
| 5685645 | + | Comprehensive Radiolog, PO BOX 3488, Tupelo, MS 38803-3488 |
| 5685654 | | Primeway FCU, Attn: Bankruptcy, 12811 Northwest Freewa, Houston, TX 77040 |
| 5685659 | + | Simpson General Hospit, P.O. Box 910, Paris, TN 38242-0910 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5685639 | + | Email/Text: rlambert@mscb-inc.com | Aug 14 2026 19:36:00 | Accounts Receivable Ma, P.O. Box 638, Paris, TN 38242-0638 |
| 5685640 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 14 2026 19:46:05 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5700485 | | Email/Text: rgriffith@servsol.com | Aug 14 2026 19:37:00 | Alabama Housing Finance Authority, P.O. Box 242928, Montgomery, AL 36124-2928 |
| 5685641 | + | Email/Text: bk@avant.com | Aug 14 2026 19:37:00 | Avant LLC, Attn: Bankruptcy, 222 W Mechandise Mart, Ste 900, Chicago, IL 60654-1105 |
| 5685644 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 14 2026 19:37:00 | Collection Management, Attn: Bankruptcy, 661 Andersen Dr, Suite 110, Pittsburgh, PA 15220-2700 |
| 5697170 | | Email/Text: cfulk@hci.net | Aug 14 2026 19:36:00 | Heartland Capital Investments, LLC, PO Box 409, Mayfield, KY 42066 |
| 5685646 | + | Email/Text: cfulk@hci.net | Aug 14 2026 19:36:00 | Heartland Capital Inve, 1104 Paris Rd, Ste 201, Mayfield, KY 42066-3328 |
| 5685648 | + | Email/Text: ebone.woods@usdoj.gov | Aug 14 2026 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5685647 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2026 19:36:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5697352 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2026 19:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5685649 | + | Email/Text: melissa.martin@kfcu.org | Aug 14 2026 19:36:00 | Keesler Federal Credit Union, Attn: Bankruptcy, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5685651 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 19:46:05 | LVNV Funding, Resurgent, Po Box 1269, Greenville, SC 29602-1269 |
| 5696169 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 14 2026 19:46:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5685650 | + | Email/Text: reports@lrshelp.com | Aug 14 2026 19:37:00 | Louisiana Recovery, Attn: Bankruptcy, 1304 Bertrand Dr, Suite F-4, Lafayette, LA 70506-9106 |
| 5685652 | | Email/Text: ml-ebn@missionlane.com | Aug 14 2026 19:36:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5685653 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 14 2026 19:37:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5708425 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2026 19:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5685655 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 14 2026 19:37:00 | Quest Diagnostics, PO Box 740781, Cincinnati, OH 45274-0781 |
| 5685657 | | Email/Text: bankruptcy@republicfinance.com | Aug 14 2026 19:37:00 | Republic Finance, 1600 Hwy 15N, Ste 300B, Laurel, MS 39440 |
| 5687622 | | Email/Text: bankruptcy@republicfinance.com | Aug 14 2026 19:37:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5685656 | + | Email/Text: ngisupport@radiusgs.com | Aug 14 2026 19:36:00 | Radius Global Solution, 7505 Metro Blvd, Edina, MN 55439-3010 |
| 5685658 | + | Email/Text: rgriffith@servsol.com | Aug 14 2026 19:37:00 | ServiSolutions, Attn: Bankruptcy Dept, P.O. Box 242967, Montgomery, AL 36124-2967 |
| 5685660 | + | Email/Text: angiec@mysfsinc.com | Aug 14 2026 19:36:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5685661 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2026 19:46:04 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5685663 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Aug 14 2026 19:36:00 | US Bank, P.O. Box 21948, Saint Paul, MN 55121-4201 |
| 5693575 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 14 2026 19:37:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5685662 | ^ | MEBN | Aug 14 2026 19:34:26 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Candice Marie Barker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Lance Daniel Barker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01650−KMS
**Chapter:** 13

**In re:**

Candice Marie Barker
2822 Simpson Hwy 13
Mendenhall, MS 39114

Lance Daniel Barker
2822 Simpson Hwy 13
Mendenhall, MS 39114

## Notice of Entry of Order Confirming Plan

The Court entered an Order on August 14, 2026 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 14, 2026

Danny L. Miller, Clerk of Court