**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Candice Marie Barker**
**Lance Daniel Barker, Debtors**

**Case No. 26-01650-KMS**
**CHAPTER 13**

# NOTICE

Debtors have filed papers with the court to suspend their bankruptcy payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: October 1, 2026

Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Candice Marie Barker** **Case No. 26-01650-KMS**
**Lance Daniel Barker, Debtors** **CHAPTER 13**

**MOTION TO SUSPEND PLAN PAYMENTS**

COME NOW, Debtors, by and through counsel, and move this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Co-Debtor is scheduled to undergo a medical procedure and will be required to miss approximately six to eight weeks of work during the recovery period.
3. Debtors are requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of November and December 2026.
4. Debtors wish to resume making plan payments beginning in January 2027.
5. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CANDICE MARIE BARKER
LANCE DANIEL BARKER

CASE NO: 26-01650-KMS

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 10/1/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/1/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CANDICE MARIE BARKER
LANCE DANIEL BARKER

CASE NO: 26-01650-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/1/2026, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/1/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 26-01650-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU OCT 1 11-49-11 PST 2026 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ | ACCOUNTS RECEIVABLE MA<br>PO BOX 638<br>PARIS TN 38242-0638 |
| AFFIRM ASSET SECURITIZATION TRUST 2024B<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | AFFIRM INC<br>ATTN BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO CA 94108-2716 | ALABAMA HOUSING FINANCE AUTHORITY<br>PO BOX 242928<br>MONTGOMERY AL 36124-2928 |
| AVANT LLC<br>ATTN BANKRUPTCY<br>222 W MECHANDISE MART<br>STE 900<br>CHICAGO IL 60654-1105 | BAPTIST MEMORIAL HOSP<br>PO BOX 745336<br>ATLANTA GA 30384-5336 | BLUE REEF RENTALS<br>PO BOX 131<br>MENDENHALL MS 39114-0131 |
| COLLECTION MANAGEMENT<br>ATTN BANKRUPTCY<br>661 ANDERSEN DR<br>SUITE 110<br>PITTSBURGH PA 15220-2700 | COMPREHENSIVE RADIOLOG<br>PO BOX 3488<br>TUPELO MS 38803-3488 | HEARTLAND CAPITAL INVE<br>1104 PARIS RD<br>STE 201<br>MAYFIELD KY 42066-3328 |
| (P)HEARTLAND CAPITAL INVESTMENTS LLC<br>ATTN CHANDRA FULK<br>PO BOX 409<br>MAYFIELD KY 42066-0030 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KEESLER FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY<br>PO BOX 7001<br>BILOXI MS 39534-7001 | LVNV FUNDING<br>RESURGENT<br>PO BOX 1269<br>GREENVILLE SC 29602-1269 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LOUISIANA RECOVERY<br>ATTN BANKRUPTCY<br>1304 BERTRAND DR<br>SUITE F-4<br>LAFAYETTE LA 70506-9106 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | PRIMEWAY FCU<br>ATTN BANKRUPTCY<br>12811 NORTHWEST FREEWA<br>HOUSTON TX 77040 |
| QUEST DIAGNOSTICS<br>PO BOX 740781<br>CINCINNATI OH 45274-0781 | RADIUS GLOBAL SOLUTION<br>7505 METRO BLVD<br>EDINA MN 55439-3010 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |

EXCLUDE

(D)(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

SERVISOLUTIONS
ATTN BANKRUPTCY DEPT
PO BOX 242967
MONTGOMERY AL 36124-2967

SIMPSON GENERAL HOSPIT
PO BOX 910
PARIS TN 38242-0910

SOUTHERN FINANCIAL SYS
PO BOX 15203
HATTIESBURG MS 39404-5203

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO FL 32896-5065

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

US BANK NA DBA ELAN FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 108
SAINT LOUIS MO 63166-0108

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

(P)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON MS 39201-5022

DEBTOR

CANDICE MARIE BARKER
2822 SIMPSON HWY 13
MENDENHALL MS 39114-5140

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

LANCE DANIEL BARKER
2822 SIMPSON HWY 13
MENDENHALL MS 39114-5140

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767