United States Bankruptcy Court
Southern District of Mississippi

In re:
Candice Marie Barker
Lance Daniel Barker
Debtors

Case No. 26-01650-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Oct 05, 2026 Form ID: pdf012 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Candice Marie Barker, Lance Daniel Barker, 2822 Simpson Hwy 13, Mendenhall, MS 39114-5140 |
| | + | Robbie D Wood, attn: Payroll Dept, 1051 Old Warrior River Rd, Bessemer, AL 35023-1869 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Candice Marie Barker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Lance Daniel Barker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
CANDICE MARIE BARKER
LANCE DANIEL BARKER
2822 Simpson Hwy 13
Mendenhall, MS 39114

CHAPTER 13 PROCEEDING:
26-01650 KMS

SSN: XXX-XX-6177

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

ROBBIE D WOOD
attn: Payroll Dept
1051 OLD WARRIOR RIVER RD
BESSEMER, AL 35023

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net